DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

**ORIGINAL**

**FILED**

AUG 2 0 2009

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
JULIE M HURTADO ) Case No. 05-50056 ASW
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

The final dividend to Creditor, CASHCALL INC in the above entitled matter was returned marked: RETN TO SENDER-NOT DELIVERABLE AS ADDRESSED

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $58.65 as an unclaimed dividend.

    Claim # 9    CASHCALL INC
                   1920 MAIN ST #400
                   IRVINE, CA 92614

Dated: August 18, 2009

_____
DEVIN DERHAM-BURK, TRUSTEE



**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

**RECEIVED**
APR 23 2009
Devin Derham-Burk
Trustee, Chapter 13

TO THE ORDER OF:
CASHCALL INC
1920 MAIN ST #400
IRVINE, CA 92614

NIXIE   927   DE 1         00  04/18/09
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 95150001313      *1356-10209-15-41



Case: 05-50056, Doc# 70, Filed: 08/20/09, Entered: 08/27/09 16:01:55 Page 2 of 2